IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>RAANAN LIEBERMANN and )<br>PUBLIX NETWORK CORPORATION ) | Crim. No. 3:02CR55 (EBB)<br><br><br><br><br>November 4, 2004 |

### DEFENDANTS' MOTION
### TO CONTINUE SENTENCING DATE

Defendants Raanan Liebermann and Publix Network Corporation, by their attorney, Gates Garrity-Rokous, respectfully move this Court for a thirty day continuance of their sentencing date. The defendants request that a continuance be granted to January 18, 2005. In support of the instant motion, the Defendants state as follows:

1. The defendants' sentencing hearing currently is scheduled for December 16, 2004.

2. The defendants are actively engaged in the pre-sentence investigation phase of the case, and are attempting to assemble information to assist the Probation Office in that investigation. This has included, inter alia, obtaining medical records and other documentation related to Dr. Liebermann's educational and work background. This task has been complicated by Dr. Liebermann's varied medical conditions and his wide-ranging and extensive educational and professional experience.

3. The requested continuance will enable the defendants to assemble and present more complete information to the Probation Office.

4. Pursuant to Local Rule of Civil Procedure 7(b)(3)(1), undersigned counsel has inquired of opposing counsel, AUSA Jonathan Biran, as well as Probation Officer Carla Jo Wagenstein-Vega, the Probation Officer assigned to conduct the pre-sentence

investigation. Both AUSA Biran and Probation Officer Wagenstein-Vega authorized the undersigned to represent to the Court that the Government and the Probation Office, respectively, do not object to the requested relief.

5.   The Defendants have filed waivers of their rights under the Speedy Trial Act together with this request.

6.   This is the Defendants' first motion for a continuance of their sentencing date.

WHEREFORE, the Defendants respectfully request that the Court grant the instant motion and continue the Defendants' sentencing hearing to January 18, 2005.

Respectfully submitted,

DEFENDANTS RAANAN LIEBERMANN
and PUBLIX NETWORK CORPORATION

By: _____
Gates Garrity-Rokous (ct15218)
Daniel L. Crosby (ct25619)
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
(203) 782-2889 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was mailed, postage pre-paid, this 5th day of November, 2004, to:

Jonathan Biran, Assistant United States Attorney
U.S. Attorney's Office
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510

David Sheldon, Assistant United States Attorney
U.S. Attorney's Office
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510

Carla Jo Wagenstein-Vega, U.S. Probation Officer
United States Probation Office
U.S. District Court
915 Lafayette Blvd.
Room 200
Bridgeport, CT 06604

_____
Gates Garrity-Rokous