IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. 3:02CR55 (EBB) |
| | ) | |
| v. | ) | |
| | ) | |
| RAANAN LIEBERMANN and | ) | |
| PUBLIX NETWORK CORPORATION | ) | November 4, 2004 |

### DEFENDANT RAANAN LIEBERMANN'S
### SPEEDY TRIAL WAIVER

The defendant, Raanan Liebermann, hereby waives his right to a speedy sentencing, accorded him by the Speedy Trial Act of 1974, 18 U.S.C. § 3161, in support of his request for a continuance of his sentencing hearing to January 18, 2005. In support of this waiver, the defendant represents as follows:

1. He is represented by counsel and has consulted with counsel regarding this waiver;

2. He understands that by signing this document he will be giving up some of the rights accorded him under the Speedy Trial Act, specifically, the right to be sentenced within 80 days;

3. He requests that the Court find that a continuance is in the interests of justice and in his best interests pursuant to 18 U.S.C. § 3161(h)(8)(A); and

4. He agrees to the exclusion of the time from December 16, 2004, to January 18, 2005, from the Speedy Trial Act computation.

_____         _____
Raanan Liebermann                                              Date 11/4/04

_____         _____
Gates Garrity-Rokous                                             Date 11/5/04

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was mailed, postage pre-paid, this 5th day of November, 2004, to:

Jonathan Biran, Assistant United States Attorney
U.S. Attorney's Office
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT  06510

David Sheldon, Assistant United States Attorney
U.S. Attorney's Office
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT  06510

Carla Jo Wagenstein-Vega, U.S. Probation Officer
United States Probation Office
U.S. District Court
915 Lafayette Blvd.
Room 200
Bridgeport, CT  06604

_____
Gates Garrity-Rokous