UNITED STATES DISTRICT COURT

DISTRICT  OF  CONNECTICUT

USA

V.                              Case Number:  3:02cr55(EBB)

Raanan Liebermann

**ORDER re: Doc. #90**

It is appearing that the requested continuance is in the best interest of
the defendant, and outweighs the public interest in a speedy trial, the
court finds that the period of delay from December 16, 2004 to January 18,
2005 is hereby excluded pursuant to Title 18, USC, Section 3161(h)(8).

Dated at New Haven, Connecticut, November 9, 2004.


SO ORDERED

_____/s/_____
ELLEN BREE BURNS, SENIOR U.S.D.J.