FILED

2005 MAR -1 A 10: 44

U.S. DISTRICT COURT
NEW HAVEN, CT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. 3:02CR55(EBB) |
| | ) | |
| v. | ) | |
| | ) | |
| RAANAN LIEBERMANN and | ) | |
| PUBLIX NETWORK CORPORATION | ) | February 28, 2005 |

**DEFENDANT'S MOTION
FOR A DOWNWARD DEPARTURE**

For the reasons set forth in the accompanying Sentencing Memorandum, Defendant Raanan Liebermann hereby moves for a downward departure at sentencing.

Respectfully submitted,

DEFENDANT RAANAN LIEBERMANN

By: _____
Gates Garrity-Rokous (ct 15218)
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
(203) 782-2889 (facsimile)
ggr@wiggin.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion was mailed, postage prepaid, or delivered by hand, this 28th day of February, 2005, to:

AUSA David Sheldon
AUSA Jonathan Biran
U.S. Attorney's Office
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510

Carla Jo Wagenstein-Vega
U.S. Probation Officer
U.S. District Court
915 Lafayette Blvd.
Room 200
Bridgeport, CT 06604

Hon. Ellen Bree Burns, S.U.S.D.J. (Courtesy Copy)
U.S. District Court
149 Church Street
New Haven, CT 06510

Gates Garrity-Rokous

\16688\1\517666.1