UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NUMBER: 3:02CR55 (EBB) |
| | : | |
| v. | : | |
| | : | |
| RANAAN LIEBERMANN and | : | |
| PUBLIX NETWORK CORPORATION | : | |

**APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for the United States of America.


   3-9-05
Date

Signature

JONATHAN BIRAN
Print Name

157 Church Street
Address

New Haven,    CT        06510
City            State        Zip

(203) 821-3700
Phone Number

ct21922
Federal Bar Number

CERTIFICATE OF SERVICE

This is to certify that on March 9, 2005, a copy of the foregoing Appearance was provided by hand delivery to the following counsel of record:

E. Gates Garrity-Rokous, Esq.
Wiggin & Dana
One Century Tower
New Haven, CT 06508-1832

 

JONATHAN BIRAN
ASSISTANT U.S. ATTORNEY