UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:02CR55 (EBB) |
| | : | |
| v. | : | |
| | : | |
| RAANAN LIEBERMANN, and | : | |
| PUBLIX NETWORK CORPORATION | : | MARCH 10, 2005 |

### MOTION TO DISMISS

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney, through David J. Sheldon, Assistant United States Attorney, hereby respectfully moves to dismiss all counts of the indictment pending against the defendants, in light of the Substitute Information and the defendants' subsequent pleas thereto.

ORAL ARGUMENT NOT REQUESTED

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    DAVID J. SHELDON
    ASSISTANT UNITED STATES ATTORNEY
    157 CHURCH STREET
    NEW HAVEN, CT 06510
    FEDERAL BAR NO. CT07997
    Tel.: (203) 821-3700
    Fax: (203) 773-5373
    david.sheldon@usdoj.gov