## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| VS. | : Docket. No. 3:02CR55 (EBB) |
| RAANAN LIEBERMANN | : |

<u>WRIT OF EXECUTION</u>

TO THE UNITED STATES MARSHAL:

A Judgment was entered in the United States District Court for the District of Connecticut on March 11, 2005 imposing a restitution judgment of $2,000,000.00 upon the defendant, Raanan Liebermann. Interest is accruing at the rate of 3.380% and as of August 3, 2005, the amount of restitution debt totals $2,022,900.41. Raanan Liebermann's last known address is XX XXXXXX XXXXXX, XXXXX XXXXX, Connecticut XXXXX.

NOW THEREFORE, YOU ARE HEREBY COMMANDED to satisfy the judgment by levying upon all funds held in the account numbers listed below, and or any other accounts, in which Raanan Liebermann has a substantial non-exempt interest. Defendant Raanan Liebermann's social security number XXX-XX-7229:

| Name of Financial Institution | Account Number |
|---|---|
| Janus Services, LLC<br>151 Detroit Street<br>Denver, CO 80206-4805 | XXXXXXXXX |
| American Century<br>4500 Main Street<br>Kansas City, MO 64111 | XXXXXXXXX |
| American Century<br>4500 Main Street<br>Kansas City, MO 64111 | XXXXXXXXX |

| | |
|---|---|
| American Century<br>4500 Main Street<br>Kansas City, MO 64111 | XXXXXXXXX |
| American Century<br>4500 Main Street<br>Kansas City, MO 64111 | XXXXXXXXX |
| American Century<br>4500 Main Street<br>Kansas City, MO 64111 | XXXXXXXXX |
| American Century<br>4500 Main Street<br>Kansas City, MO 64111 | XXXXXXXXX |
| American Century<br>4500 Main Street<br>Kansas City, MO 64111 | XXXXXXXXX |
| Putnam Investors Services<br>1 Post Office Square<br>Boston, MA 02109 | XXXXXXXXX |
| T. Rowe Price Group, Inc<br>100 East Pratt Street<br>Baltimore, MD 21202 | XXXXXXXXX |
| MetLife Securities<br>1 Madison Avenue<br>New York, NY 10010 | XXXXXXXXX |

YOU ARE ALSO COMMANDED to collect your costs and expenses and make return of this writ within ninety (90) days of the date of the levy.

YOU ARE ALSO COMMANDED that the amount of the levy shall not exceed the amount of the defendant's debt, plus your costs and expenses.

YOU ARE ALSO COMMANDED that the amount levied shall be deposited with the Clerk of the United States District Court in satisfaction of the defendant's debt.

SO ORDERED.

Dated this ____ day of _____, 2005 at New Haven, Connecticut.

_____
ELLEN B. BURNS
UNITED STATES DISTRICT JUDGE