IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. 3:02CR55 (EBB) |
| | ) | |
| v. | ) | |
| | ) | |
| RAANAN LIEBERMANN and | ) | |
| PUBLIX NETWORK CORPORATION | ) | August 19, 2005 |

### DEFENDANT RAANAN LIEBERMANN'S MOTION
### TO RETURN PROPERTY

The defendant hereby moves the Court for the return of property currently maintained at the Clerk's Office, and in support of this motion states as follows:

1. Defendant Raanan Liebermann was arrested and presented on April 23, 2002, and thereafter was released on pre-trial release on April 24, 2002.

2. As a condition of his release, defendant Liebermann signed a surety bond and submitted a bond package to the court which, inter alia, contained a mortgage deed and other documents that legally secured his bond with his personal residence.

3. Defendant Liebermann was sentenced on March 10, 2005, and is now serving his term of supervised release.

4. As the bond package was supplied to and retained by the Court only for the purpose of securing the defendant's release from pre-trial detention, there now is no legal basis or reason for the Clerk's Office to retain this property.

Accordingly, defendant Liebermann hereby moves the Court for the return of the bond package.

> Respectfully submitted,
>
> DEFENDANTS RAANAN LIEBERMANN
> and PUBLIX NETWORK CORPORATION
>
> By: _____
> Gates Garrity-Rokous (ct15218)
> Daniel L. Crosby (ct25619)
> Wiggin and Dana LLP
> One Century Tower
> P.O. Box 1832
> New Haven, CT  06508-1832
> (203) 498-4400
> (203) 782-2889 (facsimile)

The defendant's Motion for Return of Property is hereby GRANTED/DENIED.

SO ORDERED this _____th day of _____, 2005.

> _____
> Hon. Ellen Bree Burns, S.U.S.D.J.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of this document was mailed, postage pre-paid, this ___ day of August, 2005, to:

Jonathan Biran, Assistant United States Attorney
U.S. Attorney's Office
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT  06510

David Sheldon, Assistant United States Attorney
U.S. Attorney's Office
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT  06510

Christine Sciarrino, Assistant United States Attorney
U.S. Attorney's Office
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT  06510

_____
Gates Garrity-Rokous

3