# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

United States of America

v.

Raanan Liebermann

**APPEARANCE**

FILED
2005 AUG 25 P 3:01
U.S. [DISTRICT COURT]

CASE NUMBER: 3:02CR55(EBB)

August 25, 2005

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Pro Se

___8/25/05___
**Date**

___NA___
**Connecticut Federal Bar Number**

___203-288-3997___
**Telephone Number**

_____
**Fax Number**

_____
**E-mail address**

___R. L___
**Signature**

___RAANAN LIEBERMANN___
**Print Clearly or Type Name**

___79 Bayard Avenue___
**Address**
___North Haven, CT 06473___

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

AUSA Christine Sciarrino
AUSA office
157 church street, 23rd Floor
New Haven, CT 06510

___R. L___
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24