UNITED STATES OF AMERICA            :            FILED

 

 

                                                 2005 AUG 25  P 3: 00

VS.                                          :            Docket. No. 3:02CR55 (EBB)
                                                         U.S. DISTRICT COURT
                                                         NEW HAVEN, CT

RAANAN LIEBERMANN                    :            August 25, 2005


## REQUEST FOR A HEARING


Pursuant to Application For Writ Of Execution dated August 4, 2005, I request a hearing, since among other things some of the property claimed is not my property.


                              Respectfully submitted
                              Raanan Liebermann

                              *R. /C*

                              79 Bayard Avenue
                              North Haven, CT o6473


This is to certify that a copy of this filing has been mailed, postage prepaid, on this 25th day of August 25, 2005 to
AUSA Christine Sciarrino
AUSA Office
157 Church Street, 23rd Floor, New Haven, CT 06510

*R. /C*

Raanan Liebermann
79 Bayard Avenue
North Haven, CT 06473