**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
141 CHURCH STREET
NEW HAVEN, CT 06510

**KEVIN F. ROWE**
CLERK

TEL. NO. 773-2140
(AREA CODE 203)

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**LORI INFERRERA**
DEPUTY-IN-CHARGE
NEW HAVEN

October 24, 2005

Gates Garrity-Rokous
Wiggin and Dana, LLP
One Century Tower
PO Box 1832
New Haven, CT 06508-1832

     Re:  3:02cr55(EBB)
            USA v Raanan Liebermann

Dear Counselor:

     Pursuant to the Order of the Court entered on 8/22/05, I am returning the Bond Package to you in the above-identified case. Kindly acknowledge receipt by signing and returning a copy of this letter in the enclosed self-addressed envelope.

                                        Kevin F. Rowe, Clerk

                                  By  **Melissa Ruocco**
                                          Deputy Clerk

cc: AUSA

RECEIPT ACKNOWLEDGED:

DATE: